**David THOMAS, Jr., Plaintiff–Appellant**

v.

**C. ZAKHORIA, Houston Police Officer; C. Rozek, Houston Police Officers; M. Chapnick, Houston Police Officer, Defendants–Appellees.**

No. 10–20090

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

March 24, 2011.

David Thomas, Jr., Beeville, TX, pro se.

Andrea Chan, Senior Assistant City Attorney, L.A. Teehan, City of Houston Legal Department, Houston, TX, for Defendants–Appellees.

Before WIENER, PRADO, and OWEN, Circuit Judges.

PER CURIAM: *

Plaintiff–Appellant David Thomas, Jr. filed this action against Houston police officers and others alleging use of excessive force in arresting him in the restroom of a Whataburger restaurant. The case was tried before a jury which returned a verdict in favor of Defendants–Appellants, and the district court entered a take-nothing judgment dismissing Thomas's action. Proceeding pro se and in forma pauperis on appeal, Thomas contends only that the jury verdict was against the great weight of the evidence and that it should be re-versed and his case remanded for a new trial.

Our review of the record on appeal, including the briefs of the parties and the applicable law, convinces us that there is no basis for our reversing the verdict of the jury or the judgment of the district court entered pursuant thereto. Accordingly, that judgment is, in all respects, AFFIRMED.

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

